# United States Bankruptcy Court
## Northern District of Texas, Amarillo Division

**IN RE:** Case No. **10-20535-rlj11**

**The Pagosa Corporation**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Amarillo National Bank** **Special Assets - Debbie Rollins** PO Box 1 Amarillo, TX 79105 | | | | 45,000.00 |
| **Affiliated Foods** 1401 Farmers Amarillo, TX 79118 | | | | 38,000.00 |
| **Advanta** P.O. Box 30715 Salt Lake City, UT 84130 | **Advanta Business Card** P.O. Box 844 Spring House, PA 19477 | | | 29,768.00 |
| **Internal Revenue Service** **Special Procedures** P.O. Box 21126 Philadelphia, PA 19114 | | | | 29,000.00 |
| **Citi** P.O. Box 6248 Siox Falls, SD 57117 | **Citi Bank** P.O. Box 6241 Sioux Falls, SD 57117-6241 | | | 27,529.00 |
| **Sams Discover** Box 918084 El Paso, TX 79998 | | | | 14,606.00 |
| **Texas Comptroller Of Public Accounts** P.O. Box 149348 Austin, TX 78714-9348 | | | | 7,857.58 |
| **Hutchinson County Tax Office** 500 Main, Suite 201 P.O. Box 989 Stinnett, TX 79083-0989 | | | | 6,894.00 |
| **Lowes** Bos 981084 El Paso, TX 79998 | | | | 6,684.00 |
| **Capitol One** Box 60599 City Of Industry, CA 91716 | | | | 3,683.00 |
| **KFDA New 10** Box 10 Amarillo, TX 79105 | | | | 3,100.00 |
| **Potter County Tax Office** P.O. Box 2289 Amarillo, TX 79105-2289 | | | | 1,124.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 18, 2010**     Signature: ***/s/ Cynthia K. Stewart***

**Cynthia K. Stewart, President**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only